Matthew W. Bauer
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068
(973) 535-0500
Attorneys for Plaintiff
Days Inns Worldwide, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation, f/k/a DAYS INNS OF AMERICA, INC., <br><br>　　　　　Plaintiff, <br><br> v. <br><br> KRISHAN CORPORATION, a California Corporation; and PANKAJ K. PATEL, an individual, <br><br>　　　　　Defendants. | Civil Action No. 07cv4753(PKC) <br><br> ECF CASE <br><br> **FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |

　　　Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Days Inns Worldwide, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

　　　Wyndham Worldwide Corporation

　　　　　　　　　　　　　　　　　　　CONNELL FOLEY LLP
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　　Days Inns Worldwide, Inc.

　　　　　　　　　　　　　　　　　　　By: _/s/ Matthew W. Bauer_____
　　　　　　　　　　　　　　　　　　　　　　MATTHEW W. BAUER

Date:　6/1/07

- 10 -

1827373-01