# CONNELL FOLEY LLP
## ATTORNEYS AT LAW

85 LIVINGSTON AVENUE
ROSELAND, N.J. 07068-3702
(973) 535-0500
FAX: (973) 535-9217

JERSEY CITY OFFICE
HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, N.J. 07311-4029
(201) 521-1000
FAX: (201) 521-0100

NEW YORK OFFICE
888 SEVENTH AVENUE
NEW YORK, N.Y. 10106
(212) 262-2390
FAX: (212) 262-0050

PHILADELPHIA OFFICE
1500 MARKET STREET
PHILADELPHIA, PA 19102
(215) 246-3403
FAX: (215) 665-5727

**MEMO ENDORSED**

July 26, 2007

[USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 7/27/07]

[Handwritten: Conference adjourned from August 3 to September 28 at 11:15 a.m. SO ORDERED. USDJ 7-27-07]

VIA FACSIMILE

Honorable Kevin P. Castel, U.S.D.J.
United States District Court
Southern District of New York
U.S. Courthouse, Room 2260
500 Pearl Street
New York, NY 10007-1312

Re: Days Inns Worldwide, Inc. v. Krishan Corporation, et. al.
Civil Action No. 07cv4753(PKC)

Dear Judge Castel:

We represent plaintiff, Days Inns Worldwide, Inc., in the above matter. An Initial Pretrial Conference is scheduled before Your Honor on August 3, 2007 at 12:15 p.m. We write to request an adjournment of same, as defendants, Krishan Corporation and Pankaj Patel, have not yet been served with a copy of the Summons and Complaint. This is the first request for an adjournment of the conference.

Thank you for your consideration in this matter.

Very truly yours,

Bryan P. Couch

SBB:dk

1857039-01