AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

DAYS INNS WORLDWIDE, INC. a Delaware
Corporation, f/k/a DAYS INNS OF AMERICA, INC.

**SUMMONS IN A CIVIL CASE**

V.

KRISHAN CORPORATION, a California
Corporation; and PANKAJ K. PATEL, an individual

CASE NUMBER:

**07 CV 4753**

JUDGE CASTEL

TO: (Name and address of defendant)

Krishan Corporation
2460 Fontaine Road
San Jose, CA 95121

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew W. Bauer, Esq.
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE   JUN 0 4 2007

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 7/16/07 at 9:39 PM |
| NAME OF SERVER (PRINT) Helen L. Harrison | TITLE Registered Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: John Patel, brother of Pankaj K. Patel, agent for service at 9585 Velvet Leaf Cir., San Ramon, CA

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $80.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-31-07
        Date

Signature of Server

Address of Server: Bender's Legal Service
1625 The Alameda # 511
San Jose, CA 95126
(408) 286-4182

State of California County of Contra Costa
Subscribed and sworn to (or affirmed) before me on this 31 day of July, 2007 by Helen L. Harrison personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature _____
(Seal)

CAROL A. CLOW
COMM. #1720118
Notary Public - California
Contra Costa County
My Comm. Expires Feb. 21, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.