UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

                                Plaintiff,            _____ (    )

   - against -                        **CLERK'S CERTIFICATE**

                                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on _____ with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by serving _____, and proof of such service thereof was filed on _____ .

      I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated:         , New York

_____

                                                  **J. MICHAEL MCMAHON**
                                                    Clerk of the Court

                                      By: _____
                                                    Deputy Clerk