UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bryan P. Couch
Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Plaintiff, Days Inns Worldwide, Inc.

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation, f/k/a DAYS INNS OF AMERICA, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KRISHAN CORPORATION, a California Corporation; and PANKAJ K. PATEL, an individual,<br><br>　　　　　Defendants. | Civil Action No. 07cv4753(PKC)<br><br>**AFFIDAVIT OF BRYAN P. COUCH IN SUPPORT OF REQUEST FOR ENTRY OF FINAL JUDGMENT BY DEFAULT** |

STATE OF NEW JERSEY　　)
　　　　　　　　　　　　)SS:
COUNTY OF MORRIS　　　 )

　　　BRYAN P. COUCH, being duly sworn, according to law, upon his oath, deposes and says:

　　　1.　　I am a member of the Bar of this Court and am an associate with the firm of Connell Foley LLP, attorneys for plaintiff, Days Inns Worldwide, Inc. ("DWI"), in the above matter. As such, I am familiar with all the facts and circumstances in this action.

　　　2.　　I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules of the Southern District of New York, in support of DIW's application for the entry of a default judgment against defendants, Krishan Corporation ("Krishan") and Pankaj K. Patel ("Patel").

1881021-01

3. This action was commenced on June 4, 2007 by the filing of the Summons and Complaint.

4. This is an action to recover Recurring fees owed by defendants to DIW for breach of the License Agreement between the parties.

5. Jurisdiction of the subjection matter of this action is based on this Court's diversity jurisdiction pursuant to 28 U.S.C. § 1332 inasmuch as the plaintiff and the defendants are citizens of different states and the amount in controversy in this matter, exclusive of interest and costs, exceeds the sum of $75,00.00.

6. A copy of the Summons and Complaint was served on defendants Kirshan and Patel on July 16, 2007 by personal service on John Patel, brother of Pankaj K. Patel, at Patel's dwelling house or usual place of abode, and proof of such service was filed on September 12, 2007.

7. The defendants have not answered the Complaint and the time for the defendants to answer the Complaint has expired.

8. Default was duly noted by the Clerk of the Court against Krishan and Patel on October 10, 2007 for their failure to plead or otherwise defend in this action. A true copy of the Clerk's entry of default is attached hereto as Exhibit A.

9. By letter dated October 17, 2007, DIW served a copy of said entry of default upon the defendants herein. A true and correct copy of DIW's October 17, 2007 correspondence is attached hereto as Exhibit B.

10. This action seeks judgment for the liquidated amount of $154,229.13, inclusive of interest, as of October 22, 2007, as shown by the annexed Certification of Robert Spence, which is justly due and owing, and no part of which has been paid except as therein set forth.

11. In addition, DIW has incurred attorneys' fees in connection with this matter in the total amount of $1,560.15, which were charged by the firm of Connell Foley LLP.

12. The specific legal services provided by the firm of Connell Foley LLP included preliminary consultations with the client, review of relevant documents, researching potential causes of action, drafting, revising, and finalizing the complaint, ascertaining the identities and location of the defendants, arranging for service of process, and preparation and submission of the application for entry of a default judgment. (If the Court requires descriptive time entries from the billing records, DIW would request an *in camera* review to accommodate attorney-client privilege concerns).

13. DIW has incurred expenses in connection with this matter in the amount of $458.18, which includes filing fees, reproduction expenses, telephone charges, services of process fees, postage and overnight courier expenses.

14. This claim is not based on a writ of attachment, replevin, or capias ad respondendum nor is it based directly or indirectly upon the sale of a chattel which has been repossessed peaceably by legal process.

15. Pursuant to Local Civil Rule 55.1, Krishan, a corporation, is a legal entity and, therefore, cannot be in the military service of the United States.

16. Patel is not an infant or otherwise incompetent. The Department of Defense has verified that Patel is not presently engaged in the military service of the United States, or in the military service of any of its allied nations. A true copy of the verification is attached hereto as Exhibit C.

WHEREFORE, DIW requests the entry of the annexed Judgment against defendants.

_____
Bryan P. Couch

Dated: October 25, 2007

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Matthew W. Bauer
Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Plaintiff, Days Inns Worldwide, Inc.

| DAYS INNS WORLDWIDE, INC., a Delaware Corporation, f/k/a DAYS INNS OF AMERICA, INC.,<br>Plaintiff,<br>v.<br>KRISHAN CORPORATION, a California Corporation; and PANKAJ K. PATEL, an individual,<br>Defendants. | Civil Action No. 07cv4753(PKC)<br><br>**CLERK'S CERTIFICATION** |
|---|---|

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certified that this action commenced on June 4, 2007 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by serving John Patel, brother of Pankaj K. Patel, at defendant Pankaj K. Patel's dwelling home or usual place abode, and proof of such service thereof was filed on September 12, 2007.

I further certified that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: NY , New York
       October 19, 2007

J. MICHAEL MCMAHON
Clerk of the Court

By: _____
    Deputy Clerk

1873283-01

# EXHIBIT B

# CONNELL FOLEY LLP
## ATTORNEYS AT LAW

85 LIVINGSTON AVENUE
ROSELAND, N.J. 07068-3702
(973) 535-0500
FAX: (973) 535-9217

JERSEY CITY OFFICE
HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, N.J. 07311-4029
(201) 521-1000
FAX: (201) 521-0100

NEW YORK OFFICE
888 SEVENTH AVENUE
NEW YORK, N.Y. 10106
(212) 262-2390
FAX: (212) 262-0050

PHILADELPHIA OFFICE
1500 MARKET STREET
PHILADELPHIA, PA 19102
(215) 246-3403
FAX: (215) 665-5727

JOHN A. PINDAR (1969)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
WILLIAM H. GRAHAM†
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. MCAULEY
PETER J. PIZZI*†
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. MCBRIDE*
JEFFREY W. MORYAN
JOHN K. BENNETT
PETER J. SMITH*
BRIAN G. STELLER
PHILIP F. MCGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY
TIMOTHY E. CORRISTON*
ERNEST W. SCHOELLKOPFF†
PATRICK J. HUGHES*
JAMES C. MCCANN*

JOHN D. CROMIE
ANGELA A. IUSO*
GLENN T. DYER
CLARENCE SMITH, JR.—
WILLIAM T. MCGLOIN*
BRENDAN JUDGE
DAREN S. MCNALLY*
STEPHEN V. FALANGA*
JEFFREY L. O'HARA
TRICIA O'REILLY*
ANTHONY F. VITIELLO*
MARC D. HAEFNER
JONATHAN P. MCHENRY
JAMES P. RHATICAN*†
MATTHEW W. BAUER*
JOSEPH C. DEBLASIO
BRAD D. SHALIT*

COUNSEL
JOHN W. BISSELL
JOHN B. LA VECCHIA
VIRGINIA M. EDWARDS*
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
BERNARD M. HARTNETT, JR.*
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*
CHARLES J. HARRINGTON III†
STEVE BARNETT*
KARIN I. SPALDING*
JODI ANNE HUDSON*
CORNELIUS J. O'REILLY*
RICHARD A. JAGEN
NANCY A. SKIDMORE*
THOMAS M. SCUDERI*

ELIZABETH M. TRANTINA*
M. TREVOR LYONS*
CRAIG S. DEMARESKI*
ELIZABETH W. EATON
JOSEPH M. MURPHY
W. NEVINS MCCANN*
JASON E. MARX*
THOMAS J. O'LEARY*
MITCHELL W. TARASCHI
MICHAEL A. SHADIACK
OWEN C. MCCARTHY
PATRICIA A. LEE†
DOUGLAS J. SHORT*
ANTONIO CELII*
MICHELE T. TANTALLA*
AGNES ANTONIAN*
BRYAN P. COUCH*
GREGORY E. PETERSON
HECTOR D. RUIZ*
NEIL V. MODY*
ROBERT A. VERDIBELLO*
MICHAEL J. ACKERMAN*
MELISSA A. DIDATO*
MEGHAN C. GOODWIN*
MATTHEW S. SCHULTZ*
JENNIFER C. CRITCHLEY*

PATRICK S. BRANNIGAN*
MATTHEW I. GENNARO
DANIELA R. D'AMICO*
DANIA M. BILLINGS*
RONAK R. CHOKSHI†
CHRISTINE I. GANNON*
PHILIP W. ALLOGRAMENTO, III*
CATHERINE G. BRYAN†
JAMES C. HAYNIE*
LAURIE B. KACHONICK*
MEGAN M. ROBERTS*
ANDREW C. SAYLES*
SARAH B. BLUMBERG†
STEPHEN D. KESSLER
ADAM M. LUSTBERG*
CHRISTOPHER ABATEMARCO*
AARON M. BENDER
WILLIAM D. DEVEAU*
ILONA KORZHA*
CONOR F. MURPHY
MEGHAN B. BARRETT*
MELISSA ASTUDILLO*
AMY TODD*
NICOLE B. DORY*
PATRICK E. DURING
CHRISTIAN J. JENSEN
JOSEPH A. VILLANI, JR.
LEE B. WILSON

*ALSO ADMITTED IN NEW YORK
†ALSO ADMITTED IN PENNSYLVANIA
—ONLY ADMITTED IN NEW YORK

WRITER'S DIRECT DIAL

October 17, 2007

PLEASE REPLY TO ROSELAND, N.J.

Pankaj K. Patel
Krishan Corporation
2460 Fontaine Road
San Jose, CA 95121

Re: Days Inns Worldwide, Inc. v. Krishan Corporation, et. al.
Civil Action No. 07cv4753(PKC)

Dear Mr. Patel:

Enclosed please find a copy of the Clerk's Certification entering default on October 10, 2007 in the above matter.

Please be guided accordingly.

Very truly yours,

*Sarah Blumberg*

Sarah B. Blumberg

SBB:dk
Enclosure

1881850-01

# EXHIBIT C

Request for Military Status                                                    Page 1 of 2

Department of Defense Manpower Data Center                    SEP-19-2007 12:11:01



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| PATEL | Pankaj K. | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

———————————————
Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

   See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided

https://www.dmdc.osd.mil/scra/owa/scra.prc_Select                              9/19/2007

Case 1:07-cv-04753-PKC    Document 8-2    Filed 10/26/2007    Page 11 of 11
Case 1:07-cv-04753-PKC    Document 7    Filed 09/20/2007    Page 6 of 6
Request for Military Status
Page 2 of 2

by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:NWRFFYXNQN*