UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bryan P. Couch
Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Plaintiff, Days Inns Worldwide, Inc.

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation, f/k/a DAYS INNS OF AMERICA, INC., <br><br>   Plaintiff, <br><br> v. <br><br> KRISHAN CORPORATION, a California Corporation; and PANKAJ K. PATEL, an individual, <br><br>   Defendants. | Civil Action No. 07cv4753(PKC) <br><br> **FINAL JUDGMENT** |

This action have been commenced on June 4, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on defendants, Krishan Corporation and Pankaj K. Patel, on July 16, 2007 by personally serving John Patel, brother of Pankaj K. Patel, at Pankaj K. Patel's dwelling house or usual place of abode, and proof of such service having been filed on September 12, 2007, and the time for answering the Complaint having expired; and it appearing that default was duly noted by the Clerk of the Court against Krishan Corporation and Pankaj K. Patel on October 10, 2007 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

**IT IS** on this _____ day of _____, 2007,

1881021-01

**ORDERED, ADJUDGED AND DECREED** that DWI have judgment against Krishan Corporation and Pankaj K. Patel, jointly and severally, in the total amount of $156,247.46 representing $154,229.13 in principal and interest, $458.18 in costs of suit; and $1,560.15 in counsel fees.

_____
Honorable P. Kevin Castel, U.S.D.J.